121

FILED
JAMES J. VILT JR,
CLERK
March 18, 2025
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:25-MJ-174

UNITED STATES OF AMERICA     PLAINTIFF

v.

HUMBERTO AVILA-DURAN     DEFENDANT

---

**CONSULAR NOTIFICATION**

---

As a non-U.S. citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, and may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you.

Do you want us to notify your country's consular officials?

(YES) circled     NO

(Please circle one.)

Signed by: *Humberto Avila* (signature)

Date: 3/18/25

# NOTIFICATION SHEET

**SUBJECT:**

**NOTIFICATION OF ARREST OR DETENTION OF A NATIONAL OF YOUR COUNTRY**

**DATE/TIME:** 3/19/2025; 10:05 am CT

SENT VIA EMAIL: indianapolis@sre.gob.mx

**TO:** Embassy/Consulate of **Mexico** (COUNTRY) in **Indianapolis** (CITY), **IN** (STATE)

**FROM:**
Name/Office: US District Court Western District of Kentucky
Address: 241 E. Main Street
City: Bowling Green     State: KY     Zip Code: 42101
Telephone: (270) 393-2500     Fax: (270) 393-2519

*We arrested/detained the following foreign national, who we understand is a national of your country, on* **3/18/2025** (DATE).

Name: **HUMBERTO AVILA-DURAN**

Date of Birth/Place of Birth: ███████

Nationality/Country: Mexico

Passport Issuing Nation: _____

Passport Number: _____

**This person has been or may be charged with the following offense(s):**

8:1326(a) Unlawful reentry of an alien previously removed or deported; 18:922(g)(5) Illegal alien in possession of a firearm

For more information, **please call** 270-393-2500 between the hours of 8:30 am to 4:30 pm CT.

Please refer to **case number** 3:25-mj-174-RSE when you call.

ADDITIONAL INFORMATION:

**Kim Yates**

| | |
|---|---|
| **From:** | noreply@sre.gob.mx |
| **To:** | indianapolis@sre.gob.mx |
| **Sent:** | Wednesday, March 19, 2025 10:06 AM |
| **Subject:** | Delivered: Consular Notification - 3:25-mj-174-RSE |

## Your message has been delivered to the following recipients:

indianapolis@sre.gob.mx (indianapolis@sre.gob.mx)

Subject: Consular Notification - 3:25-mj-174-RSE

# Kim Yates

| | |
|---|---|
| **From:** | Kim Yates |
| **Sent:** | Wednesday, March 19, 2025 10:05 AM |
| **To:** | indianapolis@sre.gob.mx |
| **Subject:** | Consular Notification - 3:25-mj-174-RSE |
| **Attachments:** | 325mj174-RSE-consular.notification.pdf |

See Consular Notification attached.

Thanks,

Kim Yates
Case Administrator
U. S. District Court
Western District of Kentucky
241 East Main Street, Rm. 120
Bowling Green, Kentucky 42101
270-393-2508